AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

BORIS MINEVICH,
    Plaintiff,
v.
THE MOTION PICTURE INDUSTRY PENSION
& HEALTH PLANS, CHUCK GORDON, ARLENE
WITHERS, AND TED FRIESEN,
    Defendants.

**APPEARANCE**

Case Number: 08 Civ. 6761

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Motion Picture Industry Pension & Health Plans, Chuck Gordon, Arlene Withers & Ted Friesen

Hope Pordy, Esq.
Spivak Lipton LLP
1700 Broadway, 21st Floor
New York, New York 10019
Tel: 212.765.2100
Fax: 212.541.5429
Email: hpordy@spivaklipton.com

I certify that I am admitted to practice in this court.

| 8/15/2008 | *Hope Pordy* (signature) |
|---|---|
| Date | Signature |
|  | Hope Pordy       (HP 6253) |
|  | Print Name      Bar Number |
|  | Spivak Lipton LLP, 1700 Broadway, 21st Floor |
|  | Address |
|  | New York     NY     10019 |
|  | City     State     Zip Code |
|  | (212) 765-2100     (212) 541-5429 |
|  | Phone Number     Fax Number |