AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|----------|-------------|----------|

BORIS MINEVICH,

      Plaintiff,

    v.

THE MOTION PICTURE INDUSTRY PENSION
& HEALTH PLANS, CHUCK GORDON, ARLENE
WITHERS, AND TED FRIESEN,

      Defendants.

**APPEARANCE**

Case Number:  08 Civ. 6761

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Motion Picture Industry Pension & Health Plans, Chuck Gordon, Arlene Withers & Ted Friesen

Hope Pordy, Esq.
Spivak Lipton LLP
1700 Broadway, 21st Floor
New York, New York 10019
Tel: 212.765.2100
Fax: 212.541.5429
Email: hpordy@spivaklipton.com

I certify that I am admitted to practice in this court.

| 8/15/2008 | | Hope Pordy | (HP 6253) |
|-----------|--|------------|-----------|
| Date | | Signature | |
| | | Hope Pordy | (HP 6253) |
| | | Print Name | Bar Number |
| | | Spivak Lipton LLP, 1700 Broadway, 21st Floor | |
| | | Address | |
| | | New York        NY        10019 | |
| | | City      State      Zip Code | |
| | | (212) 765-2100      (212) 541-5429 | |
| | | Phone Number      Fax Number | |