AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

BORIS MINEVICH,
    Plaintiff,

v.

THE MOTION PICTURE INDUSTRY PENSION
& HEALTH PLANS, CHUCK GORDON, ARLENE
WITHERS, AND TED FRIESEN,
    Defendants.

**APPEARANCE**

Case Number: 08 Civ. 6761

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants MOTION PICTURE INDUSTRY PENSION & HEALTH PLANS, CHUCK GORDON, ARLENE WITHERS AND TED FRIESEN

Franklin K. Moss
Spivak Lipton LLP
1700 Broadway, 21st Floor
New York, NY 10019
Tel: 212-765-2100
Fax: 212-541-5429
Email: fmoss@spivaklipton.com

I certify that I am admitted to practice in this court.

| 8/19/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Franklin K. Moss | (FM 9161) |
|---|---|
| Print Name | Bar Number |

1700 Broadway, 21st Floor
Address

| New York | NY | 10019 |
|---|---|---|
| City | State | Zip Code |

| (212) 765-2100 | (212) 541-5429 |
|---|---|
| Phone Number | Fax Number |