Hope A. Pordy (HP 6253)
Sara A. Corello (SC 3427)
Franklin Moss (FM 9161)
SPIVAK LIPTON LLP
1700 Broadway, 21st Floor
New York, New York 10019
Ph.: 212.765.2100
Fax: 212.541.5429
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
BORIS MINEVICH,                                  :
                                                 :    08 Civ. 6761 (RJS)
                                Plaintiff,       :
                                                 :
        -against-                                :    STIPULATION
                                                 :    EXTENDING TIME
THE MOTION PICTURE INDUTRY PENSION               :    TO ANSWER
AND HEALTH PLANS, CHUCK GORDON,                  :
ARLENE WITHERS AND TED FRIESEN,                  :
                                                 :
                                Defendants.      :
------------------------------------------------X

IT IS HEREBY STIPULATED that Defendants' time to move, answer or otherwise respond to the Complaint in the above-captioned matter is extended to and including September 29, 2008.

Dated: New York, New York
       August 14, 2008

SPIVAK LIPTON LLP                        GISKAN SOLOTAROFF ANDERSON
Attorneys for Defendants                 & STEWART LLP
1700 Broadway, 21st Floor                11 Broadway, Suite 2150
New York, New York 10019                 New York, New York 10004
Tel: 212.765.2100                        Tel: 212.847.8315
Email: hpordy@spivaklipton.com           Email: jsolotaroff@gslawny.com
Email: fmoss@spivaklipton.com            Email: canderson@gslawny.com

By: _____/s/ Hope Pordy_____             By: ____/s/ Jason Solotaroff____ by:DW
    Hope A. Pordy (HP 6253)                  Jason L. Solotaroff (JS 5739)
    Franklin K. Moss (FM 9161)               Catherine E. Anderson (CA 5129)

1

SO ORDERED
8/25/08
/s/ Richard J. Sullivan
U.S.D.J.